UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMMANUEL TORRES, <br><br>                                              Plaintiff, <br>                   -v- <br><br> BAY AREA CREDIT SERVICES, et al., <br><br>                                              Defendant. | 19 Civ. 9557 (PAE) (SDA) <br><br> ORDER |

PAUL A. ENGELMAYER, District Judge:

       On November 12, 2019, having been advised by the parties that they had reached a settlement in principle, the Court issued an order closing this case. Dkt. 15. The Court directed that any application to reopen the matter was to be filed within 30 days. *Id.* On December 6, 2019, plaintiff filed a *pro se* application to reinstate the case, a supporting brief, and a first amended complaint. Dkts. 16, 18, & 19. On December 10, 2019, defendant American Medical Response ("AMR") filed a letter in opposition on the basis that a settlement between plaintiff, AMR, and defendant Bay Area Credit Services ("BACS") had been consummated. Dkt. 17. AMR further stated that, as part of the settlement, plaintiff has signed a release agreement promising to refrain from further litigation against AMR and BACS. *Id.* Also on December 10, 2019, counsel for BACS filed a letter joining AMR's opposition. Dkt. 20.

       Defendants AMR and BACS are hereby ordered to submit, under seal, an affidavit attesting to the basis for their assertion that the settlement has been consummated and attaching copies of the signed settlement and release agreements, as well as any other relevant documentation. The parties are requested to provide an electronic courtesy copy to the Court by email.

The Clerk of Court is respectfully directed to mail a copy of this order to plaintiff.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 13, 2019
New York, New York